IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 8:08CR332 |
| v. | ) | |
| MANUEL PRECIADO, | ) | **ORDER** |
| Defendant. | ) | |

At the December 2, 2008 hearing on defendant's Motion for Disclosure of Confidential Informant (#17), I stated my conclusions on the record and my decision to deny the motion. In accordance with that announcement,

**IT IS ORDERED:**

1. The defendant's Motion for Disclosure of Confidential Informant (#17) is denied.

2. The clerk shall cause an expedited transcript of the hearing to be prepared and filed.

Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" within ten (10) calendar days after being served with the order. The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. The appealing party shall file contemporaneously with the statement of appeal a brief setting forth the party's arguments that the magistrate judge's order *is clearly erroneous or contrary to law*. The filing of a statement of appeal does not automatically stay the magistrate judge's order pending appeal. See NECrimR 57.2(d).

Dated this 2nd day of December 2008.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge