# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:08CR332 |
| vs. ) | |
| ) | ORDER CONTINUING TRIAL |
| MANUEL PRECIADO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant's Motion to Continue Trial (Doc. 39). For cause shown,

**IT IS ORDERED** that the motion is granted, as follows:

1. The jury trial now set for January 27, 2009 is continued to **Tuesday, April 7, 2009.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **January 27, 2009 and April 7, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED January 20, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**