## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CR332** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **MANUEL PRECIADO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Motion to Continue Trial (Doc. 41). The defendant was previously granted a 70-day continuance to conduct plea negotiations and has not shown good cause for another continuance.  Nor has the defendant filed an affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3.

**IT IS ORDERED** that the motion (Doc. 41) is denied.

Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" within ten (10) business days after being served with the order. The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. The appealing party shall file contemporaneously with the statement of appeal a  brief setting forth the party's arguments that the magistrate judge's order is clearly erroneous or contrary to law.

**DATED March 11, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**